# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT



United States Court of Appeals
Fifth Circuit

**F I L E D**
January 23, 2013

Lyle W. Cayce
Clerk

No. 11-11080

D.C. Docket No. 3:10-CV-322

FACTORY MUTUAL INSURANCE COMPANY,

    Plaintiff - Appellee

v.

ALON USA L.P.; ALON USA GP L.L.C.; ALON USA REFINING INCORPORATED,

    Defendants - Appellants

Appeal from the United States District Court for the
Northern District of Texas, Dallas

Before WIENER, CLEMENT, and PRADO, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

ISSUED AS MANDATE: 1 4 FEB 2013

A True Copy
Attest

1 4 FEB 2013

Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____
    Deputy

New Orleans, Louisiana

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

February 14, 2013

Ms. Karen S. Mitchell  
Northern District of Texas, Dallas  
United States District Court  
1100 Commerce Street  
Earle Cabell Federal Building  
Room 1452  
Dallas, TX 75242



No. 11-11080,  
Factory Mutual Insurance, Co. v. Alon USA, L.P., et al  
USDC No. 3:10-CV-322

Enclosed, for the district court only, is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Exhibits to be returned.

The electronic copy of the record will be recycled.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Dantrell Johnson  
Dantrell L. Johnson, Deputy Clerk  
504-310-7689

cc: (letter only)  
    Honorable David C. Godbey  
    Mr. John Clifton Hart  
    Mr. Richard Russell Hollenbeck  
    Mr. Bruce H. Rogers  
    Mr. Thomas Clark Wright  
    Ms. Jessica Ann Zavadil

P.S. to Judge Godbey:  A copy of the opinion was sent to your office via email the day it was filed.